**Motions Granted; Motion Denied as Moot; and Order filed May 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00762-CV
_____

**TONY WOODY, Appellant**

**V.**

**MADELYN WOODY, Appellee**

---

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCV-157762**

---

## ORDER

Appellant's brief was filed February 25, 2013. On April 15, 2013, appellee filed a motion to strike appellant's brief and motion to abate until a complete reporter's record is filed. On May 1, 2013, appellant filed a response.

The three volumes of the reporter's record filed of hearings held March 7, 2012, and April 9, 2012, contain no exhibits. (Volume 1 indicates no exhibits were admitted at the hearing held February 7, 2012). Appellant's brief, however, refers to exhibits admitted at those hearings that are "attached hereto." Appellant's

references to exhibits that are not part of the appellate record is improper. Accordingly, appellee's motion to strike appellant's brief filed February 25, 2013, is GRANTED.

Further, appellant's and appellee's request for abatement for the filing of a supplemental clerk's record is GRANTED.

This appeal will be reinstated when the supplemental record is filed.

Appellant's amended brief will be due fifteen (15) days after the appeal is reinstated.

Appellee's motion for an extension of time to file her brief is DENIED AS MOOT.

PER CURIAM

Panel consists of Justices Boyce, Jamison and Busby.